UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL D. MCKNIGHT, as Trustee of the STACIA L. MCKNIGHT REVOCABLE TRUST,

                      Plaintiff,

-against-

65 DUNE ROAD LLC, THE GAETANO DEVELOPMENT CORP., and MICHAEL GAETANO, individually,

                      Defendants.

ECF CASE

Civ. Action No.:
2:19-cv-04172-MKB-PK

## STIPULATION AND MOTION SCHEDULING ORDER

IT IS HEREBY STIPULATED between the plaintiff Michael D. McKnight, as Trustee of the Stacia L. McKnight Revocable Trust (the "Plaintiff") and defendants 65 Dune Road LLC, the Gaetano Development Corp., and Michael Gaetano, individually (collectively, the "Defendants"), by and through their undersigned counsel, that the parties shall adopt the following briefing schedule for Defendants' Motion to Dismiss:

    Defendants shall file their Motion to Dismiss on or before October 18, 2019.
    Plaintiff shall file a response on or before November 8, 2019.
    Defendants shall file their reply on or before November 22, 2019.

Dated: White Plains, New York
         September 25, 2019

| | |
|---|---|
| **PRYOR CASHMAN, LLP**<br>*Attorneys for the Plaintiff* | **BARTELS & FEUREISEN, LLP**<br>*Attorneys for Defendants* |
| By: /s/Kaveri Banka Arora<br>　　Kaveri Banka Arora<br>　　karora@pryorchasman.com<br>　　7 Times Square<br>　　New York, New York 10036<br>　　(212) 421-4100 | By: /s/Suzanne B. Calabrese<br>　　Suzanne B. Calabrese<br>　　skohn@bfllp.net<br>　　1025 Westchester Avenue, Suite 402<br>　　White Plains, New York  10604<br>　　(914) 681-7175 |

SO ORDERED:
s/ MKB 0/26/2019

_____
MARGO K. BRODIE
United States District Judge

2